DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTONIO JERMAINE RIVERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2308

_____

December 15, 2023

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Howard L. Dimmig, II, Public Defender, and Dane K. Chase, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SLEET, C.J., and KHOUZAM and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.